IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY A. GORDON,

                Plaintiff,

     v.

MIKE MILLER, CHARLIE BRESSETT, DAVE UJKE,
ROSE GURNOE, CECIL PETERSON,
JIM HUDSON, DAN CLARK, GRAIG HAUKAAAS,
JOHN ANDERSON, J.B. VAN HOLLEN,
SCOTT WALKER, DIRK KEMPHORNE,
TERRENCE VIRDEN, COUNTY OF BAYFIELD,
COUNTY OF WASHINGTON, D.C., COUNTY OF
MINNEAPOLIS, MN and COUNTY OF DANE,
MADISON, WI,

                Defendants.

ORDER

11-cv-22-slc

---

      Plaintiff Gregory A Gordon, a prisoner at Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint.  He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2) and the 1996 Prison Litigation Reform Act.  Plaintiff's initial partial payment cannot be calculated at this time because the financial statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

      Plaintiff's complaint was filed on January 7, 2011.  His trust fund account statement should cover the six-month period beginning approximately July 1, 2010 and ending approximately January 1, 2011.  Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the

court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).  Plaintiff should

show a copy of this order to jail officials to insure that they are aware they should send a copy

of plaintiff's six-month trust fund account statement to this court.


ORDER

IT IS ORDERED that plaintiff Gregory A. Gordon may have until February 1, 2011, in

which to submit a certified copy of his trust fund account statement for the period beginning

approximately July 1, 2010 and ending approximately January 1, 2011.  If, by February 1, 2011,

plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action

voluntarily.  In that event, the clerk of court is directed to close this case without prejudice to

plaintiff's filing his case at a later date.


Entered this 12th day of January, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge