IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY GORDON,

    Plaintiff,

v.

MIKE MILLER, CHARLIE BRESSETT,
DAVE UJKE, ROSE GURNOE,
CECIL PETERSON, JIM HUDSON, DAN
CLARK, GRAIG HAUKAAS, JOHN
ANDERSON,
J.B. VAN HOLLEN, SCOTT WALKER,
DIRK KEMPHORNE, TERRENCE VIRDEN,
COUNTY OF BAYFIELD,
COUNTY OF WASHINGTON, D.C.,
COUNTY OF MINNEAPOLIS, MN and
COUNTY OF DANE, MADISON, WI,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-22-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Gregory Gordon's failure to state a claim.

_By: [signature], Deputy Clerk_
Peter Oppeneer, Clerk of Court

5-25-12
Date